IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01342-WJM-NRN

SOUTHWEST AIRLINES CO.,

    Plaintiff,

v.

SCOTT MOSS, in his official capacity as Director of the Division of Labor Standards and Statistics at the Colorado Department of Labor and Employment,

    Defendant.

_____

**JOINT MOTION TO DISMISS WITHOUT PREJUDICE**
_____

    Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff Southwest Airlines Co. ("Southwest") and Defendant Scott Moss, in his official capacity as Director of the Division of Labor Standards and Statistics at the Colorado Department of Labor and Employment (the "Director" and, together with Southwest, the "Parties"), through their respective undersigned counsel, hereby jointly move to dismiss the above-captioned action (the "Action") *without prejudice*. In support of this motion, the Parties state the following:

    1.    Pursuant to D.C.COLO.LCivR 7.1(a), respective undersigned counsel for the Parties certify that they conferred regarding the relief requested in this motion. Based on this conferral, the Parties <u>jointly</u> seek the requested relief.

    2.    On May 27, 2022, Southwest initiated the Action by filing its Complaint for Declaratory Judgment [ECF 1].

3. On September 14, 2022, Southwest filed its Second Amended Complaint for Declaratory Judgment [ECF 43] (the "SAC"), which is the operative complaint in the Action. In the SAC, Southwest named the Director as the only defendant in this Action.

4. On September 28, 2022, the Director filed his Motion to Dismiss Second Amended Complaint [ECF 45] (the "MTD").

5. On November 9, 2022, Southwest filed its Opposition to Defendant's Motion to Dismiss Second Amended Complaint [ECF 50].

6. On December 2, 2022, the Director filed his Reply in Support of Motion to Dismiss Second Amended Complaint [ECF 53]. Accordingly, the MTD became fully ripe for decision as of that date.

7. As of the date of this motion, the Court has not yet ruled on the MTD.

8. On May 1, 2023, Transport Workers Union Local 556 ("TWU 556") filed an Amended Motion to Intervene as Defendant and Counterclaimant and Supporting Memorandum of Law [ECF 68] (the "Intervention Motion").

9. On May 22, 2023, Southwest filed its Opposition to Transport Workers Union Local 556's Motion to Intervene as Defendant [ECF 73].

10. On May 26, 2023, Southwest filed an Unopposed Motion to Stay Case [ECF 74] (the "Stay Motion"), requesting that the Court stay the Action to facilitate the Parties' efforts to try to reach a settlement that would fully resolve the dispute giving rise to the Action.

11. On May 30, 2023, the Court entered a Minute Order [ECF 76] that granted the Stay Motion and stayed the Action to and including June 29, 2023.

2

12. Southwest filed a Status Report [ECF 77] on June 29, 2023, informing the Court that although the Parties had had productive settlement discussions and made progress toward reaching a settlement, the Parties still had a few terms remaining to be finalized. Accordingly, Southwest respectfully requested that the Court extend the stay of the Action to and including July 14, 2023.

13. On June 30, 2023, the Court entered a Minute Order [ECF 78] regarding the Status Report and extended the stay of the Action to and including July 14, 2023.

14. Because the Action has been stayed since May 30, 2023, the Court has not ruled on TWU 556's Intervention Motion, and TWU 556 thus remains a non-party to the Action.

15. The Parties have reached a settlement that fully resolves the dispute giving rise to this Action. The Parties' settlement requires Southwest to move to dismiss this Action without prejudice, with the Parties to bear their own respective attorney fees and costs.

16. The Parties accordingly respectfully request that the Court enter an order, pursuant to Fed. R. Civ. P. 41(a)(2), dismissing this Action *without prejudice*, with the Parties to bear their own respective attorney fees and costs.

WHEREFORE, Plaintiff Southwest Airlines Co. and Defendant Scott Moss, in his official capacity as Director of the Division of Labor Standards and Statistics at the Colorado Department of Labor and Employment, respectfully request that the Court enter an order, pursuant to Fed. R. Civ. P. 41(a)(2), dismissing the above-captioned action *without prejudice,* with the Parties to bear their own respective attorney fees and costs,

and granting the Parties such other relief as the Court deems proper under the circumstances.

Respectfully submitted on July 13, 2023.


*s/ Micah D. Dawson*
Micah D. Dawson
Jeffrey H. McClelland
Fisher & Phillips LLP
1125 17th Street, Suite 2400
Denver, Colorado 80202

Robert A. Siegel
Jason M. Zarrow
O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071

Adam P. KohSweeney
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111

Counsel for Plaintiff Southwest Airlines Co.

*s/ John Lizza*
John Lizza
First Assistant Attorney General
Evan Brennan
Assistant Attorney General
Tanya Santillan
Assistant Attorney General
Office of the Colorado Attorney General
State Services Section
1300 Broadway, 6th Floor
Denver, Colorado 80203

Counsel for Defendant, Scott Moss, in his official capacity as Director of the Division of Labor Standards and Statistics at the Colorado Department of Labor and Employment

5

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 13, 2023, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/ Robin Havens*
Robin Havens
For FISHER & PHILLIPS LLP
